IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

Criminal No. 17-28 Erie

CHARLES JOSEPH BUTTER

## APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum, and avers:

1.      Name of Detainee:  Charles Joseph Butter, NK6779, Year of Birth: 1976, Caucasian, Male.

2.      Detained by:  SCI Forest.

3.      Detainee is charged in this district by Superseding Indictment, charging detainee with violating Title 18, United States Code, Section 922(g)(1). Title 21, United States Code, Sections 841(c)(1) and 846 and Title 26, United States Code, Section 5861(d).

4.      Detainee is presently confined in the State Correctional Institution-Forest, Marienville, Pennsylvania, serving a sentence on a state charge.

5.      The above case is set for sentencing at Erie, Pennsylvania on March 23, 2020, at 1:30 p.m., and it shall therefore be necessary for detainee to be present in Court at that time.

6.      The Superintendent of the State Correctional Institution-Forest, Marienville, Pennsylvania has no objection to the granting of this petition.


s/Christian A. Trabold
CHRISTIAN A. TRABOLD
Assistant U.S. Attorney
PA ID No. 75013

ORDER

The above Application is granted and the above-named custodian, as well as the United States Marshal for this district, are hereby ORDERED to produce the named detainee on the date and at the time recited above, and, when detainee shall no longer be needed before the Court, detainee shall be returned to the above-named custodian.


 February 20, 2020

DATE

s/ David S. Cercone

UNITED STATES DISTRICT JUDGE

cc:      United States Attorney