**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:17cr28 |
| | ) | **Electronic Filing** |
| CHARLES JOSEPH BUTTER | ) | |

### TENTATIVE FINDINGS AND RULINGS

AND NOW, this 15th day of June, 2020, upon due consideration of Charles Joseph Butter's ("defendant") objections to the Presentence Investigation Report ("PSIR"), the court makes the following tentative findings and rulings:

1. Defendant's prior conviction for operating a methamphetamine laboratory and illegal dumping of methamphetamine waste at paragraph 36 of the PSIR does not qualify as a prior predicate offense under the career offender provisions at § 4B1.1(a) because that prior offense was not an existing "prior felony conviction" at the time defendant committed the instant offense;

2. Defendant has an adjusted offense level of 30;

3. Defendant has 9 criminal history points which results in a criminal history category of IV; and

4. Based on the above, defendant has an adjusted base offense level of 30 and his criminal history category is IV, which results in a guidelines sentencing range of 135 to 168 months.

Defendant objected to his designation as a career offender at paragraph 26 of the PSIR. Upon further review, the Probation Office agreed he was not a career offender, albeit for a reason different than that advanced by defendant and it so indicated in the Addendum to the PSIR. The government does not dispute the accuracy of the Addendum and implicitly has agreed that defendant is not subject to the career offender provisions. Accordingly, the above tentative findings and rulings are appropriate and the reasoning in the Addendum to the PSIR is

adopted in support thereof.

s/David Stewart Cercone
David Stewart Cercone
Senior United States District Judge

cc:  Christian A. Trabold, AUSA
    Maria Goellner, AFPD

    United States Marshal Service


    (*Via CM/ECF Electronic Mail*)